## CONOWINGO MARBLE & MINERALS COMPANY *v.* HOMER KNAPP.

[No. 55, October Term, 1929.]

*Decided November 15th, 1930.*

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, and PARKE, JJ.

*Albert D. Mackey,* with whom were *W. Mason Shehan* and *J. Royall Tippett* on the brief, for the appellant.

*E. Kirk Brown, T. Hughlett Henry,* and *Edward D. E. Rollins,* submitting on brief, for the appellee.

A *per curiam* opinion was delivered.